STATE of Missouri, Respondent,

v.

David FOSTER, Movant-Appellant.

No. 49764.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 18, 1986.

Mary E. Dockery, William J. Shaw and Mary Dames, Clayton, for movant-appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from the denial of motion filed pursuant to Rule 29.07(d).

Judgment affirmed. Rule 30.25(b).